1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WALKER RIVER PAIUTE TRIBE, AND THE FALLON PAIUTE-SHOSHONE TRIBE, FEDERALLY RECOGNIZED INDIAN TRIBES,<br><br>         Plaintiffs,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD"); et al.,<br><br>         Defendants. | Case No.  3:08-CV-00627-LRH-VPC<br><br><br><br><br><br><br><br>STIPULATION TO STAY PROCEEDINGS ; AND ORDER |

COMES NOW Plaintiffs WALKER RIVER PAIUTE TRIBE, and THE FALLON PAIUTE-SHOSHONE TRIBE, and Defendants UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ("HUD"); ET AL., by and through their respective counsel, and stipulate to stay proceedings.

The parties request that this case be stayed pending the appeal and resolution of the appeal in the case *Fort Peck Housing Authority v. United States Department of Housing and Urban Development*, filed in the Tenth Circuit Court of Appeals, Cause Nos. 06-1425 and 06-1147.  That appeal raises the same controlling legal issue that is raised in this action, and will

therefore likely be dispositive of much, if not all, of this case.

The parties agree that the time for Plaintiffs to serve their complaint and the time for Defendants to file their answer is tolled during the period of the stay.

HUD agrees that, during the pendency of this litigation, it will not seek repayment or collection of the Indian Housing Block Grant funds allegedly overpaid to Plaintiffs as a result of Formula Current Assisted Stock counts which Plaintiffs contend in this litigation violate, among other things, the Administrative Procedures Act and the Native American Housing and Self-Determination Act, unless HUD is expressly compelled to do so by Congress or by force of law external to HUD and not under HUD's control.  If HUD is required for any reason to seek repayment or collection of the subject funds, it shall immediately notify Plaintiffs so that they can take any necessary actions in this litigation, or otherwise.

DATED:   March  9 , 2009.

                                                        GREGORY A. BROWER
                                                        United States Attorney

 /s/ West Williams, Jr.                                /s/ Holly A. Vance
WES WILLIAMS JR., ESQ.                       HOLLY A. VANCE
Attorney for Plaintiff                                     Assistant United States Attorney


 /s/ Mitchell C. Wright
MITCHELL C. WRIGHT, ESQ.
Attorney for Plaintiff

                                                        IT IS SO ORDERED:

DATED:  March 10, 2009.

                                                     _____
                                                     LARRY R. HICKS
                                                     UNITED STATES DISTRICT JUDGE