1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8          **DISTRICT OF NEVADA**
9                    **\* \* \***
10   WALKER RIVER PAIUTE TRIBE,          )   Case No.  3:08-CV-00627-LRH-VPC
                                         )
11              Plaintiff               )
                                         )
12         v.                            )
                                         )
13   UNITED STATES DEPARTMENT OF         )
     HOUSING AND URBAN DEVELOPMENT;     )
14   SHAUN DONOVAN, Secretary of Housing  )   **DEFENDANTS' UNOPPOSED MOTION**
     and Urban Development; and DEBORAH   )   **FOR LEAVE TO FILE OVERLENGTH**
15   HERNANDEZ, General Deputy Assistant  )   **REPLY BRIEF**
     Secretary for Public and Indian Housing,  )
16                                        )     **AND ORDER THEREON**
             Defendants.                 )
17   _____ )

18

19          COME NOW Defendants the United States Department of Housing and Urban

20   Development, *et al.*, ("Defendants") and move for leave to file a reply brief that exceeds 20 pages.

21   Defense counsel contacted Plaintiff's counsel regarding this request and Plaintiff's counsel has

22   advised that he has no objection.  An overlength reply brief is warranted because both parties

23   previously filed overlength briefs in this case, after obtaining leave from this Court to do so.

24   (##20-23, 26-29).  The previous filing of overlength briefs by both parties necessitates the filing of

25   an overlength reply brief by Defendants.  Accordingly, this Court should grant Defendants'

26   Unopposed Motion for Leave to File Overlength Reply Brief.

**CONCLUSION**

For the reasons argued above, this Court should grant Defendants' Unopposed Motion for Leave to File Overlength Reply Brief.

Dated this 27th day of April 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/ Holly A. Vance
HOLLY A. VANCE
Assistant United States Attorney


**IT IS SO ORDERED**:

Defendants' Unopposed Motion for Leave to File Overlength Reply Brief is granted.

Dated: this 30th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE