# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WALKER RIVER PAIUTE TRIBE,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES DEPARTMENT OF  )<br>HOUSING AND URBAN DEVELOPMENT, et )<br>al.  )<br>  )<br>  Defendants.  )<br>  )<br>  )<br>  )<br>_____) | Case No. 3:08-CV-00627-LRH-VPC<br><br>**ORDER REGARDING<br>STIPULATION FOR EXTENSION OF<br>TIME FOR PARTIES TO FILE JOINT<br>STATUS REPORT** |

COME NOW Plaintiff WALKER RIVER PAIUTE TRIBE and Defendants UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT et al., by and through their respective counsel, and hereby stipulate and agree that the deadline for filing a Joint Status Report be extended until February 3, 2016. On December 14, 2015, the Court denied Defendants' motion for reconsideration and ordered the parties to file a Joint Status Report within 20 days (by January 4, 2016) (ECF No. 51).

/ / / / /

/ / / / /

1

The parties seek a 30-day extension of that deadline so that they can engage in settlement negotiations in an attempt to resolve the case.

DATED:  December 21, 2015.

| | |
|---|---|
| WES WILLIAMS, ESQ. | DANIEL G. BOGDEN<br>United States Attorney |
| /s/  Wes Williams<br>WES WILLIAMS, ESQ.<br>Counsel for Plaintiff | /s/ Holly A. Vance<br>HOLLY A. VANCE<br>Assistant United States Attorney |

IT IS SO ORDERED:

DATED this 22nd day of December, 2015.

LARRY R. HICKS
United States District Judge

2