UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

WALKER RIVER PAIUTE TRIBE,

      Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT;
*et al.*,

      Defendants.

3:08-CV-0627-LRH-VPC

ORDER

The court has reviewed the parties' March 1, 2016 joint status report (Doc. #56[1]) and finds that judgment in favor of plaintiff Walker River Paiute Tribe and against defendants United States Department of Housing and Urban Development ("HUD"); Julian Castro, Secretary of HUD; and Jemine Bryon, General Deputy Assistant Secretary for the Office of Public and Indian Housing, is warranted in this action based on the court's prior rulings (Doc. ##45, 51) and the parties' agreement.

///

///

///

///

---

[1] Refers to the court's docket number.

1  IT IS THEREFORE ORDERED that the clerk of court shall enter JUDGMENT in favor of
2  plaintiff Walker River Paiute Tribe and against defendants United States Department of Housing
3  and Urban Development ("HUD"); Julian Castro, Secretary of HUD; and Jemine Bryon, General
4  Deputy Assistant Secretary for the Office of Public and Indian Housing, in this action.
5  IT IS SO ORDERED.
6  DATED this 28th day of March, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE